IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50906
Summary Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RUBEN H. JOHNSON,

                                        Defendant-Appellant.

-----------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-88-CR-104-ALL
-----------
July 27, 1998
Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Ruben H. Johnson appeals the denial of his motion pursuant to
Fed. R. Crim. P. 35 requesting a reduction in the amount of
restitution he was ordered to pay as part of his sentence for his
bank fraud convictions.  Because Johnson's motion was untimely, the
district court lacked jurisdiction to afford relief.  See In re
United States, 900 F.2d 800, 803 (5th Cir. 1990).

    AFFIRMED.

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.